# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140801 & (12)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MALCOLM SHABAZZ WALLACE,
      Defendant-Appellant.

SC: 140801
COA: 296046
Oakland CC: 2008-223797-FC

_____/

      On order of the Court, the application for leave to appeal the February 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the trial court is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

p0621